NUMBER 13-00-711-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________




SPORTS ACTION, INC., Appellant,


v.



RICHARD K. RIPKE, Appellees.

___________________________________________________________________




On appeal from the 130th District Court 


of Matagorda County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Dorsey and Hinojosa


Opinion Per Curiam




 Appellant, SPORTS ACTION, INC., perfected an appeal from a judgment entered
by the 130th District Court of Matagorda County, Texas, in cause number 99-J-0294-C. After the notice of appeal was filed, the parties filed a joint motion to reverse and
vacate the district court's sanctions order. In the motion, the parties informed this
Court that they have agreed to settle this matter. However, it appeared that a
settlement had not been reached. Accordingly, this Court concluded that the parties'
joint motion for relief was premature and abated the appeal and ordered the parties to
file a status report informing this Court if they have reached a settlement in this case. 
The parties have now advised the Court that this matter has been compromised and
settled. The parties request that the Court grant the relief requested in the joint
motion to reverse and vacate the district court's sanctions order filed on December 6,
2000. 

 The Court, having examined and fully considered the documents on file, the
parties' joint motion, and the parties' joint status report confirming settlement of this
matter, is of the opinion that the motion should be granted. The joint motion is
granted, and the judgment of the trial court is hereby REVERSED and the district
court's order granting sanctions against counsel for appellant, Sports Action, Inc., is
hereby VACATED. 

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 7th day of June, 2001.